FILED

JUL 09 2013

Clerk, U.S. District Court
District Of Montana
Great Falls

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FELIPE JESUS PARRA-FLORES,<br><br>Defendant. | Case No. CR 13-15-GF-DLC-RKS<br><br>FINDINGS RECOMMENDATION CONCERNING PLEA |

The Defendant, by consent, has appeared before me under Fed. R. Crim. P. 11 and has entered a plea of guilty to one count of Receipt of Child Pornography in violation of 18 U.S.C. §2252(a)(2), as set forth in the Indictment. Defendant further agrees to the forfeiture of a Toshiba laptop computer, serial # 9A046391K, a Toshiba hard drive, 500 GB, serial # 61SVC4FYTQQ6 and a Toshiba hard drive, 500 GB, serial # Y8QDF332SF55 as specified in the Plea Agreement. In exchange for Defendant's plea, the United States has agreed to dismiss count II of the Indictment previously filed in this matter.

After examining the Defendant under oath, I have made the following determinations:

1. That the Defendant is fully competent and capable of entering an

informed and voluntary plea to the criminal count charged against him, and an informed and voluntary admission to the allegation of forfeiture;

2. That the Defendant is aware of the nature of the charge against him and the consequences of pleading guilty to the charge;

3. That the Defendant understands the allegation of forfeiture and the consequences of admitting to the allegation;

4. That the Defendant fully understands his constitutional rights, and the extent to which he is waiving those rights by pleading guilty to the criminal count charged against him, and admitting to the allegation of forfeiture;

5. That both his plea of guilty to the criminal count charged against him and his admission to the allegation of forfeiture are knowingly and voluntarily entered, and are both supported by independent factual grounds sufficient to prove each of the essential elements of the criminal count charged and the legal basis for the forfeiture.

The Court further concludes that the Defendant had adequate time to review the Plea Agreement with counsel, that he fully understands each and every provision of the agreement and that all of the statements in the Plea Agreement are true. Therefore, I recommend that the Defendant be adjudged guilty of the criminal charge set forth in the Indictment, and that sentence be imposed. I further recommend the agreed forfeiture be imposed against Defendant. Finally, I

recommend that Count II of the Indictment be dismissed.

**This report is forwarded with the recommendation that the Court defer a decision regarding acceptance until the Court has reviewed the Plea Agreement and the presentence report.**

DATED this 9th day of July, 2013.

Keith Strong
United States Magistrate Judge